THE EQUITABLE TRUST COMPANY OF NEW YORK, Respondent, *v.* REESE CARPENTER et al., Appellants.

*Equitable Trust Co. of N. Y.* v. *Carpenter*, 156 App. Div. 901, affirmed.
(Argued October 20, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judial department, entered April 22, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a promissory note.

*James Dunne* for appellants.

*Isaac H. Levy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.